**Order entered July 7, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00662-CV

### IN THE INTEREST OF M.I.M., A CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-56047-2009**

## ORDER

We **GRANT** the June 23, 2014 motion of Rebecca Tillery to withdraw as counsel. We

**DIRECT** the Clerk of this Court to remove Rebecca Tillery as counsel for appellee Brent

Blackmore. Mr. Blackmore is now appearing before this Court pro se. We further **DIRECT** the

Clerk of this Court to add the following contact information for Mr. Blackmore:

801 Ingleside Drive
Plano, Texas 75075
brentblackmore@aol.com

/s/      ADA BROWN
          JUSTICE